IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
F I L E D
JAN - 7 2017
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CONNIE LESTER, )
)
)
Plaintiff, )
)
) Case No. 2:16-CV-00187
)
CAHALL BROS., INC. AND )
JUSTIN E. RATLIFF, )
)
)
Defendants. )
)
)

## ORDER DISMISSING SETTLED WITH PREJUDICE

\* \* \* \* \* \* \* \*

Come the Plaintiff, Connie Lester, and the Defendants, Cahall Bros., Inc. and Justin E. Ratliff, by counsel, and agree and advise the Court that the above case may be dismissed settled, with prejudice.

The Court being duly advised, IT IS SO ORDERED.

Signed By:
*David L. Bunning*
United States District Judge

DAVID L. BUNNING
UNITED STATES DISTRICT JUDGE

DATE: 7 Jan. 17

HAVE SEEN AND AGREED:

/s/ Lynn C. Stidham
Lynn C. Stidham, Esq.
Richard J. Dieffenbach, Esq.
STIDHAM & ASSOCIATES, PSC
401 Lewis Hargett Circle, Suite 250
Lexington, KY 40503
*Counsel for Plaintiff Connie Lester*



/s/ Deborah L. Harrod
Deborah L. Harrod, Esq.
Valerie T. Mayer, Esq.
MAYER HARROD LAW GROUP
914 Lily Creek Road, Suite 102
Louisville, KY 40243
*Counsel for Defendants Cahall Bros., Inc., and Justin E. Ratliff*